UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>    Petitioner,<br><br>  vs.<br><br>ALLEN K. SCRIBNER, et al.,<br><br>    Respondent.<br>_____/ | 1:06-cv-00626 OWW TAG  (HC)<br><br>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE<br><br>(Doc. 23) |

On February 26, 2008, Respondent filed an application for an extension of time to file a response to the instant petition for writ of habeas corpus.   (Doc. 23).  The Court has considered Respondent's application, finds that good cause exists to grant it, and makes the following order:

    1.  Respondent's application for an extension of time to file a response to the petition is GRANTED;

    2. Respondent shall have to and including April 11, 2008 to file a response; and

    3. This order is made nunc pro tunc to February 26, 2008.

IT IS SO ORDERED.

Dated:   **March 14, 2008**                                /s/ Theresa A. Goldner
                                                                          UNITED STATES MAGISTRATE JUDGE