IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>ALLEN K. SCRIBNER, et al.,<br><br>　　　　　　　　　　Respondents. | 1:06-cv-00626-OWW-TAG HC<br><br>**ORDER GRANTING RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE (Doc. 25)** |

On February 26, 2008, Respondents filed an application for an enlargement of time to respond to the instant petition for writ of habeas corpus. (Doc. 23). In that first application, Respondents' counsel stated that he had collected at least 40 prior state habeas petitions filed by Petitioner, and requested an extension of time to locate documents regarding Petitioner's direct appeal. The Court granted Respondents' first applicartion for an extension, to April 11, 2008. (Doc. 24). On April 9, 2008, Respondents filed a second application for an enlargement of time to respond to the petition. (Doc. 25). In this second application, Respondents' counsel requests a 30-day extension of time to finish collecting the trial and appellate court record, and to file a response.

Good cause appearing therefor, IT IS HEREBY ORDERED that Respondents' application for an enlargement of time (Doc. 25), is GRANTED.  The time for filing Respondents' response to the petition for writ of habeas corpus is extended through and including May 12, 2008.

IT IS SO ORDERED.

Dated:  **April 9, 2008**　　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE