IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Petitioner,<br><br>vs.<br><br>ALLEN K. SCRIBNER, et al,<br><br>Respondent.<br>_____/ | 1:06-cv-00626-OWW-TAG (HC)<br><br>ORDER GRANTING RESPONDENTS'<br>THIRD MOTION FOR EXTENSION OF<br>TIME TO FILE RESPONSE<br><br>(DOCUMENT #27)<br><br>DEADLINE TO FILE RESPONSE:<br>June 10, 2008 |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before June 10, 2008.

IT IS SO ORDERED.

Dated:   **May 16, 2008**                                    **/s/ Theresa A. Goldner**
                                                                              UNITED STATES MAGISTRATE JUDGE