IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND ALFORD BRADFORD,**<br><br>                                Petitioner,<br><br>v.<br><br>**ALLEN K. SCRIBNER, et al.,**<br><br>                                Respondents. | 1:06-cv-00626-OWW-TAG HC<br><br>**ORDER GRANTING RESPONDENT'S FOURTH MOTION FOR AN EXTENSION TO FILE A RESPONSE TO THE PETITION (Doc. 29)** |

On June 6, 2008, Respondent filed the instant fourth request for an extension of time to file an Answer, based on Respondent's inability to obtain certain state court transcripts that would normally be part of the state court record lodged as part of the Answer.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondents' motion for an enlargement of time to file his Answer (Doc. 29), is GRANTED.  IT IS ORDERED that the response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before July 25, 2008.

IT IS SO ORDERED.

Dated:   **June 11, 2008**                                                   /s/ Theresa A. Goldner
                                                                                      UNITED STATES MAGISTRATE JUDGE